# Court of Appeals
# of the State of Georgia

ATLANTA,  August 21, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0100.  LARRY PALMER v. THE STATE.**

In 2009, Larry Palmer pled guilty to burglary, and, the following year, the trial court imposed a prison sentence, to be followed by a term of probation.  In 2014, the trial court revoked five years of Palmer's probation after finding that he had committed a new criminal offense.  Palmer then filed this direct appeal.  We lack jurisdiction.

An appeal from an order revoking probation must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (5), (b); see *Andrews v. State*, 276 Ga. App. 428, 430-431 (1) & n. 3 (623 SE2d 247) (2005).  "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Palmer's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  08/21/2019

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*